United States District Court
Eastern District of Michigan
Southern Division

Antoine E. Bowman,
        Plaintiff,

V.

Macomb Correctional Facility,
Michigan Department of Corrections,
Mailroom Staff Gantt,
Mailroom Staff Thomas,
        Defendant(s).

Case: 2:26-cv-10686
Assigned To : Michelson, Laurie J.
Referral Judge: Morris, Patricia T.
Assign. Date : 2/27/2026
Description: PRIS BOWMAN v. MACOMB CORRECTIONAL FACILITY ET AL (MC)

## VERIFIED COMPLAINT
### (42 U.S.C. §1983)

1. Plaintiff Antoine Bowman, proceeding In Pro Se, for his Verified Complaint against Defendants states as follows:

## I. JURISDICTION

2. This action is brought pursuant to 42 U.S.C. § 1983 to redress the deprivation of rights secured by the First Amendment to the United States Constitution.

3. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343(a)(3).

## II. VENUE

4. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred at Macomb Correctional Facility, located in Macomb County, Michigan, within the Eastern District of Michigan.

## III. PARTIES

5. Plaintiff Antoine Bowman is a prisoner of the Michigan Department of Corrections (MDOC) currently confined at Macomb Correctional Facility.

6. Defendant(s) are unknown by first name Mailroom staff employed by Macomb Correctional Facility, acting under color of state law. Their identities are only known by last name to Plaintiff and will be corrected when discovered.

## IV. STATEMENT OF FACTS

7. Plaintiff regularly receives legal mail clearly marked as such from this court and state courts.

8. Starting on 10-17-2025, on (3) or more seperate

occasions, Defendants opened Plaintiff's incoming legal mail outside of his presence.

9. Plaintiff was not present when the mail was opened and did not consent to such opening.

10. The envelopes were clearly identified as legal mail, and there was no allegation or evidence that the mail violated any legitimate security or administrative rule.

11. Plaintiff filed multiple grievances regarding these violations, copies of which are attached and incorporated herein by reference.

12. Defendants conduct was intentional, repeated, and not accidental, demonstrating a pattern or practice of unconstitutional interference with legal mail that is incoming.

V. (42 U.S.C. §1983) FIRST AMENDMENT VIOLATION

13. The first amendment protects both the sender and the recipient of legal mail from unjustified government interference.

14. Courts have long held that incoming mail may not

be opened outside the presence of the prisoner, absent extraordinary circumstances.

15. MDOC Policy Directive 05.03.118, as applied to Plaintiff, authorizes or permits the opening of incoming legal mail outside the prisoner's presence, in direct conflict with established First Amendment protections.

16. To the extent Policy Directive 05.03.118 allows such conduct, it is unconstitutional as applied to Plaintiff.

17. Defendants actions chilled Plaintiff's ability to communicate confidentially with Courts, causing actual injury to Plaintiff's protected rights.

18. Defendants acted under color of state law and deprived Plaintiff of rights secured by the U.S. Constitution, making them liable under 42 U.S.C. § 1983.

## VI. INJUNCTIVE & DECLARATORY RELIEF

19. Plaintiff seeks a declaration that Defendant's actions violated the First Amendment.

20. Plaintiff seeks injunctive relief prohibiting Defendants from opening Plaintiff's legal mail outside of his presence in the future.

## VII.   EXHAUSTION OF REMEDIES

21. Plaintiff maintains that he exhausted all administrative remedies that were available to him by filing grievances step-I through step-III, therefore, Plaintiff claims are properly exhausted.

## VIII.   DAMAGES

22. As a direct and proximate result of Defendant's unconstitutional conduct, Plaintiff Bowman suffered:
a.) Violation of constitutional rights
b.) Emotional distress
c.) Interference with confidential legal communications

23. Plaintiff seeks compensatory and punitive damages against Defendants in their individual capacities.

## IX.   RELIEF REQUESTED

24. A. Declare Defendant's actions unconstitutional

B. Issue injunctive relief prohibiting future violations and any out of pocket cost and counsel fees

C. Award compensatory damages in the amount of $150,000.00 against each of the Defendant(s)

D. Award punitive damages in the amount of $400,000.00

E. Grant any relief this Court deems just and proper

## X. DEMAND FOR JURY TRIAL

25. Plaintiff demands a trial by jury on all issues so triable.

I, Antoine E. Bowman declare under the penalty of perjury that the allegations in this verified complaint are true and correct.

*Antoine Bowman*
Antoine E. Bowman, Affiant
28 U.S.C. § 1746

Date: 2-17-2026

## Affidavit of Antoine Bowman

I Plaintiff Antoine Bowman
Prisoner #697842

Solemnly declare upon the penalty of perjury and affirmation that the facts as alleged herein are true, correct, accurate, and reliable to the very best of my personal knowledge and understanding.

1.) I attest, the first amendment protects both the sender and the recipient of legal mail from unjustified government interference.

2.) I attest, that I filed multiple grievances regarding these violations, these grievances were by kite, oral, and on paper.

3.) I attest, Courts have long held that incoming mail may not be opened outside the presence of the prisoner, absent extraordinary circumstances.

4.) I attest, On at least three occasions, My incoming legal mail was opened outside my presence before receiving it, and even delivered to my cell.

1 of 2

I affirmatively attest that the aforementioned statements, information, facts are truthful, honest, and correct to the best of my ability knowledge, belief and understanding.

I further saith not.

Date: 2-18-2026

Antoine E. Bowman, Affiant
28 U.S.C. §1746

Respectfully,

/s/ Antoine Bowman

Kelly B. Edwards

KELLY B EDWARDS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF SANILAC
My Commission Expires September 09, 2029
Acting in the County of Macomb

02-18-2026

2 of 2

15z

# MICHIGAN DEPARTMENT OF CORRECTIONS
## PRISONER/PAROLEE GRIEVANCE FORM

4835-4247 10/94
CSJ-247A

Date Received at Step I: 10/22/25    Grievance Identifier: MRF 10 1838 15 z

**Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.**

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Antoine Bowman | 697842 | MRF | 1-67 T | 10/20/2025 | 10/22/2025 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 10/20/2025
If none, explain why. I spoke with Ms. Walsh who is the ARUS, she told me to go to officers on shift in the unit to have them call shift commander which they never did come. I was ignored. My issue wasn't addressed. Also I kited the mail room but got no response.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. Ms. officer Terry also can attest.

On 10/17/2025 I went to receive my legal mail and noticed that the envelope had been open already prior to me receiving said legal mail. I am not quick to file Grievances, but then again on 10/20/2025, I went to get legal mail and I noticed that someone had opened the envelope then attempted to glue it back closed. In their attempt to glue it back closed, the glue stuck to the mail inside where the envelope was stuck to the mail.

Grievant's Signature: Antoine Bowman  10/22/25

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

See attached

Respondent's Signature: [signature]    Date: 11/5/25    Reviewer's Signature: DW Howard    Date: 11/6/25
Respondent's Name (Print): Von M Hoyek    Working Title: [signature]    Reviewer's Name (Print): D Howard    Working Title: DW

Date Returned to Grievant: 11/7/25    If resolved at Step I, Grievant sign here. Resolution must be described above.
Grievant's Signature: _____    Date: _____

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| BOWMAN | 697842 | 1-67 T/MRF | MRF-20-10-1838-15Z |

| Prisoner Interviewed: | YES ☐ | NO ☒ | If "NO" Reason: | Prisoner description allowed response from record. |
|---|---|---|---|---|
| Extension Granted: | YES ☐ | NO ☐ | If "YES", Enter End Date: | IF "YES", Enter End Date |

**COMPLAINT SUMMARY:**
GRIEVANT BOWMAN #697842 ALLEGES THAT HIS LEGAL MAIL HAD BEEN OPENED PRIOR TO HIM RECEIVING THE ENVELOPE ON 10/17/2025. GRIEVANT ALSO ALLEGES THAT THE LEGAL MAIL HE RECEIVED ON 10/20/2025 HAD BEEN OPENED AND THAT SOMEONE HAD ATTEMPTED TO RESEAL THE ENVELOPE WITH GLUE.

**INVESTIGATION SUMMARY:**
Grievant received mail on both 10/17/2025 and 10/20/2025 requiring special handling. The mail was processed in accordance with PD 05.03.118 Prisoner Mail, when the mail was received staff verified the request for special handling, staff confirmed the mailing with the identified sender. Once the mail was verified, staff processed the mail for other designated staff to distribute to the recievers. On both 10/17/2025 and 10/20/2025, Grievant arrived to Control Center to receive his mail. Mail was distrubuted to him in accordance with PD. Grievant received and signed for his mail on both occassions. At no time did grievant voice any concerns regarding the mail being opened prior to him receiving it. Mail requiring special handling is opened in the presence of the receiving inmate.

**APPLICABLE POLICY, PROCEDURE, ETC.:**
05.03.118 PRISONER MAIL-PARAGRAPH MM STATES: incoming mail receiving special handling shall be opened and inspected for money, controlled substance, and other physical contraband in the prisoners presence. Paragraph NN states; a log shall be maintained to document the delivery of mail receiving special handling. The log shall include the date the mail was received in the mailroom, the senders name, the prisoners name and number, the date the mail was given to the prisoner and the prisoners signature acknowledging reciept of the mail.

**DECISION SUMMARY:**
Grievant signed and accepted mail requiring special handling on 10/17/2025 and 10/20/2025. The mail was processed in accordance with PD 05.03.118. By signing the document, Grievant accepted the reciept of the mail.

Grievance Denied

| RESPONDENT NAME: | . T. VONHILTMAYER | TITLE: | ADMINISTRATIVE MANAGER |
|---|---|---|---|
| RESPONDENT SIGNATURE: | [signature] | DATE: | 11/5/2025 |
| REVIEWER NAME: | R. HOWARD | TITLE: | DEPUTY WARDEN |
| REVIEWER SIGNATURE: | [signature] Howard | DATE: | 11/6/25 |

Distribution: Original - Step I Grievance Coordinator    Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

MICHIGAN DEPARTMENT OF CORRECTIONS  4835-4248 5/09
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**  CSJ-247B

Date Received by Grievance Coordinator at Step II: 11/20/25

Received NOV 20 2025 Grievance Coordinator

Grievance Identifier: MRF 25 10 1838 15A

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED-MDOC DEC 18 2025 Bureau of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____ G. Coffee by 11/25/25. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Bowman | 697842 | MRF | 1-67T | | |

**STEP II — Reason for Appeal**  I re-assert my meritorious statements that I made in the step I Grievance. T. VONHILTMAYER'S response that is only a way side step the mail issue and it contridicts the pupose of this grievance system. My issue was not addressed as the 1st Amendment protect the sender and the recipient against government interference unless you have found me guilty of misconduct or violation of policy administrative rule. VONHILTMAYER in his respone invoked the mail policy 05.03.118 which fails because this implies that the United State Federal Courts would send contriband or controlled substance to the prison. This make absolutely no sense. Its is a violation of the 1st Amendment to open LEGAL MAIL if the prisoner is not present. My LEGAL MAIL WAS OPENED BEFORE I RECEIVED IT MORE THAN ONCE. 11/20/2025 [signature]

**STEP II — Response**

See Attached

Received DEC 04 2025 Grievance Coordinator

| Respondent's Name (Print) | Respondent's Signature | Date |
|---|---|---|
| J. Tamm | [signature] | 11/26/25 |

Date Received by Step II Respondent:

Date Returned to Grievant: 12/4/25

**STEP III — Reason for Appeal** I re-assert my meritorious statements that I made in the step I and step II Grievance. This is a first Amendment violation of the U.S. Constitution to open the mail without the prisoner being present, because Legal Mail need no special handling. My Legal Mail was opened without N.O.I. or misconduct which means no probable cause.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III — Director's Response** is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

## STEP II PRISONER GRIEVANCE RESPONSE

| Prisoner Name<br>**Bowman** | Number<br>**697842** | Institution<br>**MRF** | Lock<br>**1-67-T** | Date of Incident<br>**10/20/2025** |
|---|---|---|---|---|
| Respondent<br>**J. Tanner** | Title<br>**Warden** | Date<br>11/26/22 |  | Grievance Identifier<br>**MRF/2025/10/1838/15Z** |

In accordance with PD 03.02.130 Prisoner/Parolee Grievances, the Warden's Office has reviewed your Step I Grievance.

After review, the Step I response was appropriate.

This issue has been appropriately addressed at Step I.



## STATE OF MICHIGAN
## DEPARTMENT OF CORRECTIONS
## LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

### STEP III GRIEVANCE DECISION

Rec #: 162139

15Z

I-6TT

| | | |
|---|---|---|
| To Prisoner: | Bowman | #: 697842 |
| Current Facility: | MRF | |
| Grievance Identifier: | MRF-25-10-1838-15Z | |
| Step III Received: | 12/18/2025 | |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Bureau of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". Upon examination it has been determined that your issue was in fact considered, investigated, and a proper decision was rendered.

**THE STEP III APPEAL IS DENIED.**

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

S. Lockhart

*SL*
_____     Date Mailed:   1/15/2026
**Grievance Section Manager**
**Bureau of Legal Affairs**

cc: Facility: MRF

697842
Bowman

O/C D.Garth RECEIVED 1-677
JAN 22 2026
MRF MAILROOM

TO: Mail Room

On 1/14/2026 My legal mail was opened, out of my presence, copied and placed in my cell. If this is not corrected, I will take legal action. This is the third incident as it pertains to my legal mail.

Respectfully,
Anton Bowman
#697842

Date: 1/15/26 ☺

This is a humble Request for Correction. Please Respond

MICHIGAN DEPARTMENT OF CORRECTIONS  4835-4247 10/94
**PRISONER/PAROLEE GRIEVANCE FORM**  CSJ-247A

Date Received at Step I  1/21/26    Grievance Identifier: MRF2601164115B

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Antoine Bowman | 697842 | MRF | 1-67T | 1/14/26 | 1/16/26 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date?  1/14/26
If none, explain why.

I wrote a kite to mailroom supervisor as to why but Got no Reply

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

My legal mail was delivered to my cell in the evening mail. It was delivered by custody staff.

Grievant's Signature

RESPONSE (Grievant Interviewed?)   ☐ Yes   ☐ No   If No, give explanation. If resolved, explain resolution.)

See attached

Respondent's Signature  —  Date 2-6-26  —  Reviewer's Signature DW Howard  —  Date 2/11/26
Respondent's Name (Print)  —  Working Title  —  Reviewer's Name (Print) DW Howard  —  Working Title

Date Returned to Grievant: 2/12/26    If resolved at Step I, Grievant sign here. Resolution must be described above.    Grievant's Signature    Date

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| BOWMAN | 697842 | 1-67 T/MRF | MRF-20-01-0164-15B |
| **Prisoner Interviewed:** | YES ☐ | NO ☒ | If "NO", Reason: Prisoner description allowed response from record. |
| **Extension Granted:** | YES ☐ | NO ☐ | If "YES", Enter End Date: IF "YES", Enter End Date |

**COMPLAINT SUMMARY:**
GRIEVANT BOWMAN #697842 STATES THAT HE RECEIVED LEGAL MAIL VIA REGUAL MAIL PASS

**INVESTIGATION SUMMARY:**
The grievant is alleging that "legal Mail" was delivered to him through ordinary mail pass. PD 05.03.118 Paragraph JJ states." Special handling mail includes two catagories of sensitive correspondence that requires additional verification and handling: a. Legal Mail and b. Confidential mail. Paragraph LL states: To receive special handing, mail requires the use of TextBehind as follows:
a. Legal mail: All attorneys and their representatives must be registered and verified through TextBehind and include a QR code on all envelopes containing legal mail. All legal mail must prominently display a QR code issued by TextBehind. MDOC Mail Room staff shall verify the QR code against the registered sender. To avoid inadvertently breaching any attorney-client privilege, any legal mail without a valid QR code or that has an unscannable QR code shall be returned to the sender unopened.
b. Confidential mail: Any entity identified in Paragraph JJ(b) that wants confidential mail to receive special handling must be registered and verified through TextBehind.

**APPLICABLE POLICY, PROCEDURE, ETC.:**
05.03.118 PRISONER MAIL

**DECISION SUMMARY:**
After a review of grievants complaint, it was found that the sending party did not send the incoming mail using text behind as required by this policy. To obtain a TextBehind QR code at no cost, senders of legal or confidential mail must:

a. Register for an account on the TextBehind website, https://docs.textbehind.com.
b. Add prisoner contact(s). Additional contacts can be added in the future.
c. Provide any required identification that may include a state-issued ID card, State Bar of Michigan attorney card, letterhead, or telephone verification.
d. Download a unique, single-use QR code and affix it on the outside of each individual envelope.

GRIEVANCE DENIED

| RESPONDENT NAME: | T. VONHILTMAYER | TITLE: | Administative Manager |
|---|---|---|---|
| RESPONDENT SIGNATURE: | [signature] | DATE: | 02-06-2026 |
| REVIEWER NAME: | R. Howard | TITLE: | Deputy Warden |
| REVIEWER SIGNATURE: | [signature] DW Howard | DATE: | 2/11/26 |

Distribution: Original - Step I Grievance Coordinator   Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

ANTOINE BOWMAN 697842 MRF Lock:HU#1067TOPC ID:2521610177 [P 1/1]

**You have received a jpay letter, the fastest way to get mail**

From : JPay Representative
To   : ANTOINE BOWMAN, ID: 697842
Date : 2/2/2026 7:54:32 AM EST,    Letter ID: 2521610177
Location : MRF
Housing : HU#1067TOPC


Please take time to familiarize yourself with the new mail policy regarding the delivery of legal mail prior to filing a grievance. This policy has changed and will be changing again on February 9th. The policy is PD 05.03.118. Pay close attention to Paragraph JJ that covers Mail requiring special handling and paragraph KK that explains what is required by your attorney or the courts for sending in legal mail.

•

Thank You

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

United States District
Eastern District of Michigan
Southern Division

Antoine E. Bowman
        Plaintiff,
V.                                                                New Case
Macomb Correctional Facility,
Michigan Department of Corrections,
Mailroom staff Gantt,
Mailroom staff Thomas,
        Defendant(s),

## Certificate of Service

Pursuant to 28 U.S.C. §1746, I, Antoine Bowman, duly declare under the penalty of perjury, that the foregoing statements below are true and correct, that I served documents: Verified Complaint 28 U.S.C. §1983 and all Grievances Attached with an Affidavit to all parties and filed with my consent 28 U.S.C. §1746

               Respectfully,

Date:                         /s/ Antoine Bowman

Antoine Bowman
#697849
Macomb Correctional
34625 26 Mile Rd.
Lenox Twp, MI 48048

RECEIVED
FEB 27 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

United States District Court
Eastern District of Michigan
Office of the Clerk
Theodore Levin United States Courthouse
231 West Lafayette Blvd - Room 564
Detroit, MI 48226